IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GEARY MYERS                                          :

                                                     :

          v.                                         :              CIVIL ACTION NO.  02-3793

                                                     :

FRANK GILLIS, ET AL.                                 :

                                                     :


ORDER OF REPORT AND RECOMMENDATION


          AND NOW, this            day of          ,              , in accordance with the

procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C.

§636(b) (1) (B), it is hereby

          ORDERED that the above-captioned case is referred to the Honorable JAMES R.

MELINSON, United States Magistrate Judge, for a report and recommendation.



                                        BY THE COURT:



                                        _____
                                        EDMUND V. LUDWIG, J.



civrr