IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEARY MYERS | : | CIVIL ACTION |
| v. | : | |
| FRANK GILLIS, et al. | : | NO. 02-3793 |

O R D E R

AND NOW, this 9th day of January, 2003, petitioner's notice of appeal for writ of habeas corpus filed January 6, 2003 has been filed and docketed as objections to the Report and Recommendation of Magistrate Judge Melinson, rather than a notice of appeal to the Third Circuit Court of Appeals.

                                                Edmund V. Ludwig,    J.