IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEARY MYERS | : | |
| | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-3793 |
| FRANK GILLIS, ET AL | : | |
| | : | |

## **ORDER**

AND NOW, this      day of January, 2003, petitioner's request for leave to supplement the record with evidence from the "legal mail log book" is granted. Petitioner shall file any log book entries no later than February 28, 2003.

_____
Edmund V. Ludwig, J.