IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEARY MYERS : 
 : CIVIL ACTION
 : 
v. : 
 : No. 02-3793
FRANK GILLIS, ET AL : 
 : 

**O R D E R**

AND NOW, this 2nd day of April, 2003, the following is ordered:

1. Petitioner Geary Myers' motion for a 30-day extension to submit legal mail logbook entries into evidence is granted. Petitioner is granted leave until April 24, 2003 to submit the logbook entries.

2. Petitioner's motion for an order directing the staff at S.C.I. Coaltownship to "produce entries in the 'legal mail log books' from April 1995 to the present" relating to petitioner and the subject matter of this case is granted. The staff is directed to produce those logbook entries for that period by April 24, 2003 unless prior thereto it can show good cause for not being able to do so.

3. Petitioner's motion for an evidentiary hearing is denied at this time.

_____
Edmund V. Ludwig, J.