IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEARY MYERS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-3793 |
| FRANK GILLIS, et al. | : | |

## **ORDER**

AND NOW, this 20th day of August, 2003, the clerk of the court is hereby ordered to file petitioner's motion for allowance of an evidentiary hearing as if it were an appeal of the July 29, 2003 order denying the underlying petition for habeas corpus.

BY THE COURT:

_____
Edmund V. Ludwig, J.