IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEARY MYERS

                                                                   02-3793
                                                                   District Court Docket Number

          vs.

FRANK GILLIS, et al

Notice of Appeal Filed <u>8/20/03</u>
Court Reporter(s)/ESR Operator(s)not known

Filing Fee:
       Notice of Appeal __Paid  _x_ Not Paid    __Seaman
       Docket Fee         __Paid  _x_ Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
_x_ Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

                                                 Defendant's Address (for criminal appeals)

                                                 Prepared by :_____
                                                           RONALD VANCE
                                                       Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm